UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM D. ECKHOFF, on behalf of
himself and all others similarly situated,

                Plaintiff,

     - against -                         **JUDGMENT**
                                           CV 17-752 (SJF)(SIL)

CREDIT CONTROL, LLC,

                Defendant.
------------------------------------------------------------X

A Memorandum and Decision of the Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 23, 2018, granting Defendant's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, denying Plaintiff's cross-motion, dismissing with prejudice the sole remaining cause of action as set forth in Count Three of the Complaint, and directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff William D. Eckhoff take nothing of Defendant Credit Control, LLC; that Defendant's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 is granted; that Plaintiff's cross-motion is denied; that the sole remaining cause of action as set forth in Count Three of the Complaint is dismissed with prejudice; and that this case is closed.

Dated: Central Islip, New York
         May 31, 2018

                                                              DOUGLAS C. PALMER
                                                               CLERK OF THE COURT
                                              BY:   /S/ JAMES J. TORITTO
                                                          DEPUTY CLERK